No. 81, Orig. KENTUCKY v. INDIANA ET AL. Accounting of the Special Master is received and ordered filed. The Special

Master appointed by the Court is discharged with the thanks of the Court. [For earlier decision herein, see, *e. g.*, 474 U. S. 1.]